

# Fourth Court of Appeals
## San Antonio, Texas

July 2, 2015

No. 04-15-00272-CV

Kyu Im **ROBINSON,**
Appellant

v.

Jess L. **MAYFIELD**, Trustee, et al,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-07766
Honorable Renee Yanta, Judge Presiding

# O R D E R

On July 1, 2015, appellant filed an "Unopposed Motion to Allow Filing of Original Exhibits" asking this Court to direct the Bexar County District Clerk to transmit the following original exhibits to the Clerk of this Court: (1) Plaintiff's Exhibits 1-6, 6A, 7, 8-1 through 8-29, 9, 10A-D, and 11; and (2) Defendant's Exhibits 1-37.

The motion is GRANTED. *See* TEX. R. APP. P. 34.5(f) ("On any party's motion . . ., the appellate court may direct the trial court clerk to send it any original document."). The Bexar County District Clerk is therefore ORDERED to file a supplemental record containing: (1) Plaintiff's Exhibits 1-6, 6A, 7, 8-1 through 8-29, 9, 10A-D, and 11; and (2) Defendant's Exhibits 1-37 **by mailing or hand-delivering the original copies to this Court within 10 days of the date of this order.**

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of July, 2015.



Keith E. Hottle
Clerk